UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:
TUCK, JENNIFER

Case No.: 19-10368 CLB
Chapter 7

Debtor

APPLICATION TO SELL REAL PROPERTY
SUBJECT TO ANY LIENS OF RECORD
PURSUANT TO BANKRUPTCY RULE 6004

The application of Daniel E. Brick, Trustee, by his attorneys Brick, Brick and Elmer, P.C., says that:

1. He is the Trustee in this case, filed as a Chapter 7 on March 1, 2019.

2. At the time of filing the Debtor listed an interest in certain real property. Among said real property is the interest of the Debtor in a 100' by 200' vacant lot commonly known as V/L Creek Road, Porter, New York, SBL # 46.00-1-39.12.

3. The property was listed for sale by licensed real estate brokers and an offer has been made for the purchase of the property in the amount of $10,000, by unrelated third party purchasers, Todd Shears and Paula Shears. A copy of the Contract is attached hereto.

4. Said contract price of $10,000.00 represents the highest and best price for said property.

5. The Trustee believes it is in the best interest of the Estate to join in this sale, as it is an arm's-length transaction to an unrelated party at fair market value and offers a significant payment to unsecured creditors.

6. The relief requested herein has not previously been sought.

**WHEREFORE**, the Trustee prays that Notice be given to creditors and other parties in interest of his intent to join in the sale of V/L Creek Road, Porter, New York, SBL # 46.00-1-39.12 to Todd Shears and Paula Shears, subject to further Order of this Court.

Dated: July 16, 2019

                                                     BRICK, BRICK AND ELMER, P.C.

                                                     by: _____
                                                        Sabrina M. May
                                                        Attorneys for Trustee
                                                        Office and P.O. Address
                                                       91 Tremont Street, P.O. Box 604
                                                       North Tonawanda, New York 14120-0604
                                                       Telephone: (716) 693-2335