UNITED STATES BANKRUPTCY COURT
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501
www.nywb.uscourts.gov

In Re:
TUCK, JENNIFER A.

Case No.: 19-10368 CLB
Chapter 7

SSN: xxx-xx- 0864

Debtor(s)

## NOTICE OF TRUSTEE'S INTENT TO SELL SUBJECT TO LIENS AND FIXING TIME TO FILE OBJECTIONS OR TO REQUEST A HEARING

TO THE DEBTOR(S), CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Trustee, Daniel E. Brick, has filed a statement with the Court of his intention to sell his right, title and interest in and to the property described below:

The Debtor's non-exempt one-half remainder interest in the real property commonly known as 1735 Meadow Drive, Alden, New York SBL # 108.14-2-2

To:    **Bankruptcy Exchange, Inc.**        For the sum of: **FIFTEEN Thousand Dollars ($15,000.00) with 15% bid protection.**

Date: _November 7, 2019_

_____
Trustee

_____ is fixed as the last date to submit a competing bid; request an auction regarding this sale; file objections to the actions proposed by the Trustee; and/or request a hearing on the actions proposed by the Trustee. The Trustee will sell his interest in the described property by virtue of his statutory powers without further Order of the Court absent any actions by any party on or before the deadline set herein.

Notice is further given that the original statement, which may include more comprehensive information, is on file with the Clerk of the Court and may be reviewed at this office during regular business hours.

Dated:                                                    LISA BERTINO BEASER
                                                          Clerk, U.S. Bankruptcy Court

Case 1-19-10368-CLB,   Doc 69,   Filed 11/07/19,   Entered 11/07/19 12:56:54,
Description: Main Document , Page 1 of 1