UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:
    JENNIFER TUCK, (x0864)

                      Debtor                    Case Number 19-10368-CLB
                                                      Chapter 7
-----------------------------------------------------------------x

**WILLIAM BROWN**, a co-remainder holder of the realty involved herein, n interested party, by Tresmond & Tresmond, LLP, James D. Tresmond, Esq. of counsel, declares in objection to the Trustee's Notice of Intent To Sell, (Docket Report item 69 filed 11/7/19; and Docket Report Item No. 70, setting deadline of 12/2/19) as follows:

1. The interested party Objects to the notice of intent to sell.
2. The interested Party requests:
   a. To submit a competing bid of $17,500, or more;
   b. Objects to the sale because the property interest of Debtor can be sold for higher than the proposed sale amount;
   c. Requests a hearing on the proposed sale; and
   d. In the alternative, request the Court order an AUCTION to highest bidder.
3. The foregoing relief is justified by providing better proceeds for the Bankruptcy estate; and is in the best interests of the Bankruptcy Estate Creditors.

| | |
|---|---|
| **Dated: December 2, 2019:** | **TRESMOND & TRESMOND, LLP**<br>*Attorneys for William Brown*<br><br>By: *James D. Tesmond, Esq.*<br>Office & PO Address:<br>The Liberty Building<br>424 Main Street Suite 1908<br>Buffalo, New York 14202<br>716-858-3115 Telephone<br>*law@tresmondlaw.com*\* |