UNITED STATES BANKRUPTCY
COURT WESTERN DISTRICT
OF NEW YORK

In Re

JENNIFER TUCK, Chapter 7

Case No. 19-10368-CLB

Debtor.

## AFFIDAVIT OF STEPHANIE KASHINO IN OPPOSITION TO THE UNITED STATES TRUSTEE'S LIMITED OBJECTION TO THE TRUSTEE'S STATEMENT OF INTENT TO SELL SUBJECT TO LIENS

STATE OF NEW YORK )
COUNTY OF ERIE ) ss:

STEPHANIE KASHINO, as an employee of Bankruptcy Exchange Inc., doing business at 2952 Seneca Street, West Seneca, NY 14224, being duly sworn, deposes and says that:

1. I am a full time employee of Bankruptcy Exchange Inc., and receive a salary plus commission as compensation for my services.

2. My duties at Bankruptcy Exchange Inc. consist of traveling to Bankruptcy Court on a weekly basis to review the Chapter 7 and Chapter 11 filings in Western New York. I review court records to identify potential assets in each bankruptcy case. If an asset is found, I conduct extensive searches on the individuals that have an interest in the identified asset.

3. I identified the instant case and the subject property on March 2, 2019 and have continued to work on this case up to this time.

4. On April 30, 2019, I emailed Trustee Dan Brick with bids on both the remainder interest in 1735 Meadowbrook, Alden, NY 14004 and the debtor's interest in 3791 Creek Road, Clarence, NY and mailed out a copy to the bankruptcy court. This was after spending 40 hours researching this case. I have done records searches on the debtor, her mother, her brother, and her ex-husband. Trustee Brick's response was that I did not bid high enough. At this point he knew Bankruptcy Exchange Inc. was interested in the bankruptcy and that there were sellable assets.

5. On May 2nd I responded asking Trustee Brick if he had the deed so that I could review and bid higher. He said that he did not print it so at that point I paid to print the deed from the Erie County Clerk's website.

6. On May 6th I asked Trustee Brick if he would accept another higher offer on Meadowbrook with a break up fee. Trustee Brick responded that he would advise by 5/8/2019. He then explained that he wanted to see what happened at the matrimonial pretrial. He was working on Creek Road before moving on to Meadowbrook.

7. On May 7th Trustee Brick emailed me letting me know that the Court in the matrimonial hearing directed that Creek Road be listed with a broker.

8. On May 16th, I email Trustee Brick following up on the bid and offered $7,500.00 for the remainder interest in Meadowbrook.

9. On July 2, 2019, and October 12, 2019 I emailed Trustee Brick to follow up on the bid on the remainder interest.

10. On November 1 2019 Trustee Brick emailed me back stating that if I was still interested in the remainder interest he would notice a bid at $10,000.00. I called Trustee Brick and asked if Bankruptcy Exchange Inc. bid $15,000.00 will he notice the bid with 15% bid protection. Trustee Brick was agreeable to this. He didn't think any one else would bid. I sent him the bid November 1, 2019.

11. Then on November 4, 2019, Bankruptcy Exchange Inc. filed a letter with the court indicating that it would increase its bid on the subject property to $15,000.00 together with bid protection at the rate of 15%.

12. On November 7th Trustee Brick noticed the bid of 15,000.00 with 15% bid protection.

13. In November, U.S. Trustee Jill Zuber called me and asked me what I meant by bid protection. When I explained, she informed me that bid protection may be a problem and that the U.S. Trustee's office does not like bid protection. The call ended with us agreeing that hopefully no one bids against us and it isn't an issue for anyone.

14. On December 2, 2019 Attorney James Tresmond, the attorney for William Brown, filed an objection and a higher bid on behalf of his client. At this point I started reaching out to Trustee Brick to confirm we will be getting bid protection in the event we are outbid.

15. On January 2nd Trustee Brick responded to my emails confirming the bid protection. He responded that there was no formal objection from the U.S.Trustee's office so he presumed that we just wait to see what happens.

16. On January 3rd I checked Pacer to see if there were any new objections filed. There were none. On January 4th which was a Saturday I received a notice that the U.S. Trustee's office objected to my bid protection the day before. It was Saturday and the Hearing was that Monday.

17. On January 6th I went to bankruptcy court for the hearing and asked for more time to get an attorney. I was granted more time.

18. My attorney and I wrote an affidavit and submitted it to the court on January 24, 2020. The hearing was continued January 27, 2020. I was informed that the other bidder did not have the means to bid and that the debtor's mother was not in good condition, thus making the bid protection moot. Court was adjourned again to see what happened.

19. On February 25, 2020 I found out that the other bidder does plan on bidding and that I must submit an explanation for the bid protection.

20. The purpose of requesting the bid protection was, and is, to assure that Bankruptcy Exchange Inc.'s efforts in doing the research detailed in this affidavit and the expenses incurred as a result would be protected in the event that a competing bid would be successful as a result of my work and effort on this case. Bankruptcy Exchange Inc. has time and money into this case.

21. In addition to the expenses and time spent on this case. It is relevant to add that Bankruptcy Exchange, Inc and its professionals know what to look for in these cases because of their extensive training and that alone has Value.

21. As such, the request for 15% bid protection is fair and reasonable because the efforts of Bankruptcy Exchange Inc. drove this case from having no

bidders to potentially multiple bidders, all of which will result in the highest possible recovery for the Debtor's interest in the subject property.

22. Based upon the foregoing, I respectfully submit that the November 4, 2019 bid for $15,000 together with 15% bid protection be permitted to go forward.

DATED:
February 26, 2020

Stephanie Kashino

Sworn to before me this 26th day of February, 2020.

Notary Public

DANIEL J VITELLO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VI6340884
Qualified in Erie County
My Commission Expires 04-25-2020

# Bankruptcy Exchange, Inc.

2952 Seneca Street
West Seneca NY 14224
716-827-1980

Invoice Date: 02/25/2020
Case: Jennifer Tuck

| Date | Discription | hours | Total |
|---|---|---|---|
| 3/2/2019 | Review Bankruptcy cases and found Jennifer Tuck | 7.00 | $210.00 |
| 3/3/2019 | Research and review case updates | 7.00 | $210.00 |
| 3/5/2019 | Research and review case updates | 5.00 | $150.00 |
| 3/15/2019 | Research and review case updates | 6.00 | $180.00 |
| 3/27/2019 | Research and review case updates | 8.00 | $240.00 |
| 4/9/2019 | 341 Hearing | 1.50 | $45.00 |
| 4/30/2019 | Research and correspondance with Trustee | 7.00 | $210.00 |
| 5/2/2019 | Correspondance with Trustee and records search for deed | 0.75 | $22.50 |
| 5/6/2019 | Correspondance with Trustee and review case updates | 0.50 | $15.00 |
| 5/7/2019 | Correspondance with Trustee and review case updates | 0.50 | $15.00 |
| 5/16/2019 | Correspondance with Trustee and review case updates | 0.50 | $15.00 |
| 7/2/2019 | Correspondance with Trustee and review case updates | 0.50 | $15.00 |
| 10/12/2019 | Correspondance with Trustee and review case updates | 0.50 | $15.00 |
| 11/1/2019 | Correspondance with Trustee and review case updates | 0.50 | $15.00 |
| 12/3/2019 | Hearing | 1.50 | $45.00 |

| Date | Doc # | Description | Qty | Amount |
|---|---|---|---|---|
| 2/24/2020 | 83 | Deficiency Notice. (re: related document(s) 81 Application to Employ). (Leidolph, J.) (Entered: 02/24/2020) | | |
| 2/24/2020 | 82 | Hearing Set(Bk Motion) (TEXT ONLY EVENT) (re: related document(s) 81 Application to Employ). Hearing to be held on 3/9/2020 at 10:00 AM Buffalo(CLB)-Jackson Courthouse, Orleans Courtroom for 81, (Leidolph, J.) (Entered: 02/24/2020) | | |
| 2/21/2020 | 81 | Application to Employ **Gross Shuman P.C.** as **Special Counsel to the Trustee**. (Attachments: # 1 Notice # 2 Declaration in Support) Filed by Trustee (Brick, Daniel) (Entered: 02/21/2020) | | |
| 1/27/2020 | 80 | Hearing Continued(BK Other) - Appearances: J. Tresmond, Trustee Daniel E. Brick, Attorney for Debtor Frederick J. Gawronski and Attorney for Creditor Jennifer A. Hurley Esq., Jill Zubler for the Office of the US Trustee (TEXT ONLY EVENT) (re: related document(s) 69 Trustee Statement of Intent filed by | | |
| 1/24/2020 | 79 | Response to *Limited Objection of the U.S. Trustee* (related document 69 Trustee Statement of Intent). Filed on behalf of Creditor Bankruptcy Exchange, Inc. (Hurley, Jennifer) (Entered: 01/24/2020) | 2 | $0.20 |
| 1/6/2020 | 78 | Hearing Continued(BK Other) - Appearances: J. Tresmond, S. Kashino, M. Horwitz, Trustee Daniel E. Brick and Attorney for Debtor Frederick J. Gawronski, Jill Zubler for the Office of the US Trustee (TEXT ONLY EVENT) (re: | | |
| 1/3/2020 | 77 | Objection to *Statement. Limited Objection of the United States Trustee to Trustee's Statement of Intent to Sell Subject to Liens* (related | 5 | $0.50 |
| 12/5/2019 | 76 | BNC Certificate of Mailing - Hearing. (re: related document(s) 75 Hearing Set(Bk Other)). Notice Date 12/05/2019. (Admin.) (Entered: 12/06/2019) | | |
| 12/3/2019 | 75 | Hearing Set(BK Other) (re: related document(s) 69 Trustee Statement of Intent filed by Trustee Daniel E. Brick, 73 Objection filed by Interested Party William Brown). Hearing to be held on 1/6/2020 at 10:00 AM Buffalo(CLB)-Jackson Courthouse, Orleans Courtroom for 69. (Pinto, M.) (Entered: | 2 | $0.20 |
| 12/3/2019 | 74 | Deficiency Notice. (re: related document(s) 73 Objection filed by Interested Party William Brown). (Pinto, M.) (Entered: 12/03/2019) | 2 | $0.20 |
| 12/2/2019 | 73 | First Objection to *Trustee's Notice of Intent to Sell/Trustee Statement of Interest* (related document 69 Trustee Statement of Intent). Filed on behalf of Interested Party William Brown`` (Tresmond, James) (Entered: 12/02/2019) | 1 | $0.10 |
| 11/10/2019 | 72 | BNC Certificate of Mailing. (re: related document(s) 70 Notice of Objection Deadline). Notice Date 11/10/2019. (Admin.) (Entered: 11/11/2019) | 3 | $0.30 |
| 11/8/2019 | 71 | Certificate of Service (RE: related document(s) 69 Trustee Statement of Intent) Filed by Trustee (Brick, Daniel) (Entered: 11/08/2019) | 1 | $0.10 |
| 11/8/2019 | 70 | Notice of Objection Deadline (re: related document(s) 69 Trustee Statement of Intent filed by Trustee Daniel E. Brick). Objections due by 12/2/2019. (Pinto, M.) (Entered: 11/08/2019) | 3 | $0.30 |
| 11/7/2019 | 69 | Trustee's Statement of Intent re: to Sell Subject to any Liens of Record . Filed by Trustee Daniel E. Brick (Brick, Daniel) (Entered: 11/07/2019) | 1 | $0.10 |
| 11/4/2019 | 68 | Letter filed by Creditor Bankruptcy Exchange, Inc. re: 1735 Meadow Drive, Alden, NY 14004. (Bessinger, M.) (Entered: 11/04/2019) | | |
| 8/13/2019 | 67 | Certificate/Certified Copy request was e-filed and has been fulfilled. No Charge for Services. (TEXT ONLY EVENT) (re: related document(s) 66 Certificate/Certified Copy Request). (Vernen, J.) (Entered: 08/13/2019) | | |
| 8/13/2019 | 66 | Certificate/Certified Copy Request. Filed by Trustee (Brick, Daniel) (Entered: 08/13/2019) | | |
| 7/19/2019 | 65 | BNC Certificate of Mailing - PDF Attachment (re: related document(s) 64 Notice of Objection Deadline). Notice Date 07/19/2019. (Admin.) (Entered: 07/20/2019) | | |
| 7/17/2019 | 64 | Notice of Objection Deadline (re: related document(s) 63 Trustee Statement of Intent filed by Trustee Daniel E. Brick). Objections due by 8/12/2019. (Leidolph, J.) (Entered: 07/17/2019) | 3 | $0.30 |

| Date | Doc # | Description | Pages | Cost |
|---|---|---|---|---|
| 7/16/2019 | 63 | Trustee's Statement of Intent re: to sell subject to liens of record and fixing time to file objections or to request a hearing. (Attachments: # 1 Application to Sell # 2 Contract) Filed by Trustee Daniel E. Brick (Brick, Daniel) (Entered: 07/16/2019) | 22 | $2.20 |
| 7/10/2019 | 62 | BNC Certificate of Mailing - Order of Discharge. (re: related document(s) 61 Order Discharging Debtor(s)-Chapter 7). Notice Date 07/10/2019. (Admin.) (Entered: 07/11/2019) | | |
| 7/8/2019 | 61 | Order Discharging Debtor. Chapter 7. Signed on 7/8/2019 (RE: related document(s) 6 Meeting of Creditors Notice(Ch 7-No Asset)(AJTA)). (Leidolph, J.) (Entered: 07/08/2019) | | |
| 7/6/2019 | 60 | Personal Financial Management Course Certificate. Filed by the Course Provider. (Flag removed: DebtEd) (Duarte, Alberto) (Entered: 07/06/2019) | | |
| 5/31/2019 | 59 | BNC Certificate of Mailing - Order (re: related document(s) 57 Order on Application to Employ). Notice Date 05/31/2019. (Admin.) (Entered: 06/01/2019) | | |
| 5/31/2019 | 58 | BNC Certificate of Mailing - Notice. (re: related document(s) 56 Notice of Requirement to Complete Course in Financial Management). Notice Date 05/31/2019. (Admin.) (Entered: 06/01/2019) | | |
| 5/29/2019 | 57 | Order Granting Application to Employ Chrystal Manzare as Real Estate Broker (RE: related doc(s) 53 Application to Employ). Signed on 5/29/2019. (Leidolph, J.) (Entered: 05/29/2019) | | |
| 5/28/2019 | 56 | Notice of Requirement to Complete Course in Financial Management. (ADIClerk) (Entered: 05/28/2019) | | |
| 5/24/2019 | 54 | No Objection by UST. (TEXT ONLY EVENT) (RE: related document(s) 53 Application to Employ). Filed by U.S. Trustee Joseph W. Allen 11 (Allen, Joseph) (Entered: 05/24/2019) | | |
| 5/20/2019 | 53 | Application to Employ **Chrystal Manzare of Howard Hanna Real Estate Services** as **Real Estate Broker for Trustee**. (Attachments: # 1 Affirmation # 2 Proposed Order # 3 Exhibit A) Filed by Trustee (Brick, Daniel) (Entered: | 2 | $0.20 |
| 5/3/2019 | 52 | Letter filed by Creditor Bankruptcy Exchange, Inc. re: 1735 Meadow Drive, Alden, NY 14004. (Bessinger, M.) (Entered: 05/09/2019) | | |
| | | | 11 | $1.10 |
| 5/3/2019 | 51 | Letter filed by Creditor Bankruptcy Exchange, Inc. re: 3191 Creek Rd, Youngstown, NY 14174, including the two adjoining lots. (Bessinger, M.) (Entered: 05/09/2019) | | |
| 4/26/2019 | 50 | BNC Certificate of Mailing - Order (re: related document(s) 47 Order on Motion For Relief From Stay). Notice Date 04/26/2019. (Admin.) (Entered: 04/27/2019) | | |
| 4/26/2019 | 49 | BNC Certificate of Mailing - Notice of Entry. (re: related document(s) 47 Order on Motion For Relief From Stay). Notice Date 04/26/2019. (Admin.) (Entered: 04/27/2019) | | |
| 4/25/2019 | 48 | Notice of Appearance and Request for Notice by Steven W. Wells. on behalf of Notice of Appearance Creditor Quality Bicycle Products, Inc.. Filed by Attorney (Wells, Steven) (Entered: 04/25/2019) | | |
| 4/24/2019 | 47 | Order Granting Motion For Relief From Stay re: Matrimonial action (RE: related doc(s) 13 Motion for Relief From Stay). Signed on 4/24/2019. NOTICE OF ENTRY. (Bessinger, M.) (Entered: 04/24/2019) | | |
| 4/17/2019 | 45 | BNC Certificate of Mailing - Order (re: related document(s) 43 Order on Motion For Relief From Stay). Notice Date 04/17/2019. (Admin.) (Entered: 04/18/2019) | | |
| 4/17/2019 | 44 | BNC Certificate of Mailing - Notice of Entry. (re: related document(s) 43 Order on Motion For Relief From Stay). Notice Date 04/17/2019. (Admin.) (Entered: 04/18/2019) | | |

| Date | Doc # | Description |
|---|---|---|
| 4/15/2019 | 43 | Order Granting Motion For Relief From Stay re: 2016 Hondra CRV (RE: related doc(s) 31 Motion for Relief From Stay). Signed on 4/15/2019. NOTICE OF ENTRY. (LaBelle, L.) (Entered: 04/15/2019) |
| 4/15/2019 | 42 | Hearing Held - Conditionally granted per terms stated in Court. Appearances: S. May, E. Kramer - of counsel - F. Gawronski, Attorney for Creditor Patrick M. Balkin (TEXT ONLY EVENT) (re: related document(s) 13 Motion for Relief From Stay filed by Creditor Alfred R. Tuck). (Gentz, M.) (Entered: 04/15/2019) |
| 4/15/2019 | 41 | Hearing Held - GRANTED; Appearances: S. May, P. Balkin, E. Kramer - of counsel - F. Gawronski . (TEXT ONLY EVENT) (re: related document(s) 31 Motion for Relief From Stay filed by Creditor Five Star Bank). (Gentz, M.) Clerks Note: Added Appearances. Modified on 4/16/2019 (Pinto, M.) (Entered: 04/15/2019) |
| 4/12/2019 | 40 | Letter *requesting motion be heard on the papers*, on behalf of Creditor Five Star Bank. (RE: related document(s) 31 Motion for Relief From Stay) Filed by Attorney (Rasmussen, David) (Entered: 04/12/2019) |
| 4/9/2019 | 39 | Meeting of Creditors Closed. (TEXT ONLY EVENT) (RE: related document(s) 6 Meeting of Creditors Notice(Ch 7)(ADI)). Filed by Trustee Daniel E. Brick (Brick, Daniel) (Entered: 04/09/2019) |
| 4/8/2019 | 38 | Hearing Continued(BK Motion) - Appearances: S. May, Attorney for Creditor Patrick M. Balkin, Attorney for Debtor Frederick J. Gawronski - Opposition on record only (TEXT ONLY EVENT) (re: related document(s) 13 Motion for Relief From Stay filed by Creditor Alfred R. Tuck). Hearing to be held on 4/15/2019 at 11:30 AM Buffalo - Jackson Courthouse, Orleans Courtroom for 13. (Gentz, M.) |
| 4/6/2019 | 37 | BNC Certificate of Mailing - Order (re: related document(s) 33 Order on Application to Employ). Notice Date 04/06/2019. (Admin.) (Entered: 04/07/2019) |
| 4/5/2019 | 35 | Hearing Set(BK Motion) (TEXT ONLY EVENT) (re: related document(s) 31 Motion for Relief From Stay filed by Creditor Five Star Bank). Hearing to be held on 4/15/2019 at 11:30 AM Buffalo - Jackson Courthouse, Orleans Courtroom for 31, (Vernen, J.) (Entered: 04/05/2019) |
| 4/4/2019 | 34 | BNC Certificate of Mailing. (re: related document(s) 28 Deficiency Notice). Notice Date 04/04/2019. (Admin.) (Entered: 04/05/2019) |
| 4/4/2019 | 33 | Order Granting Application to Employ Daniel E. Brick as Attorney for Trustee (RE: related doc(s) 17 Application to Employ). Signed on 4/4/2019. (Vernen, J.) (Entered: 04/04/2019) |
| 4/4/2019 | 32 | Receipt of Statutory Fee for Motion for Relief From Stay(1-19-10368-CLB) [motion,mrlfsty] ( 181.00). Receipt #13395087, Amount Received $ 181.00. (U.S. Treasury) (Entered: 04/04/2019) |
| 4/4/2019 | 31 | Motion for Relief from Stay re: 2016 Hondra CRV Fee Amount $ 181. (Attachments: # 1 Exhibits # 2 Proposed Order # 3 Certificate of Service) Filed on behalf of Creditor Five Star Bank (Rasmussen, David) CLERK'S NOTE: MODIFIED ENTRY TO MATCH DOCUMENTS FILED. Modified on 4/5/2019 (Vernen, J.). (Entered: 04/04/2019) |
| 4/2/2019 | 29 | No Objection by UST. (TEXT ONLY EVENT) (RE: related document(s) 17 Application to Employ). Filed by U.S. Trustee Joseph W. Allen 11 (Allen, Joseph) (Entered: 04/02/2019) |
| 4/2/2019 | 28 | Deficiency Notice. (re: related document(s) 26 Amendment to Schedules and/or Statements Already Filed filed by Debtor Jennifer Tuck). (Vernen, J.) (Entered: 04/02/2019) |
| 4/2/2019 | 27 | **Notice of Procedure or Document Error to: Frederick Gawronski, Esq..** Incorrect event was selected, the correct event for this document is: Amended Schedules and/or Statements filed; (re: related document(s) 23 Amended Creditor Matrix (Fee) filed by Debtor Jennifer Tuck). (Vernen, J.) (Entered: 04/02/2019) |
| 4/2/2019 | 25 | Certificate of Service on behalf of Debtor Jennifer Tuck. (RE: related document(s) 6 Meeting of Creditors Notice(Ch 7)(ADI)) Filed by Attorney (Gawronski, Frederick) (Entered: 04/02/2019) |
| 4/1/2019 | 26 | Amended Schedules and/or Statements filed: Schedule E-F, Summary of Assets and Liabilities, Creditor List. This Filing includes: **Adding Creditors**. Receipt Number 13391999 Fee Amount $ 31. on behalf of Debtor Jennifer Tuck . (Attachments: # 1 Cover Sheet) (Vernen, J.) (Entered: 04/02/2019) |
| 4/1/2019 | 24 | Receipt of Statutory Fee for Amended Creditor Matrix (Fee)(1-19-10368-CLB) [misc,amdcm] ( 31.00). Receipt #13391999, Amount Received $ 31.00. (U.S. Treasury) (Entered: 04/01/2019) |

| Date | Doc # | Description | | |
|---|---|---|---|---|
| 4/1/2019 | 23 | Amendment to List of Creditors. *Amendment to Schedule E/F* Fee Amount $31 on behalf of Debtor Jennifer Tuck. (Attachments: # 1 Cover Sheet) Filed by Attorney (Gawronski, Frederick) CLERK'S NOTE: INCORRECT EVENT SELECTED. SEE DOC. NO. 26 FOR CORRECT EVENT. Modified on 4/2/2019 | | |
| 3/29/2019 | 22 | BNC Certificate of Mailing. (re: related document(s) 20 Notice to Creditors of Assets). Notice Date 03/29/2019. (Admin.) (Entered: 03/30/2019) | 3 | $0.30 |
| 3/29/2019 | 21 | Amended Notice of Appearance and Request for Notice by Brett L Messinger. on behalf of Notice of Appearance Creditor J&B Importers, Inc.. Filed by Attorney (Messinger, Brett) CLERK'S NOTE: ENTRY MODIFIED TO REFLECT "AMENDED". Modified on 3/29/2019 (Bessinger, M.). (Entered: 03/29/2019) | | |
| 3/27/2019 | 20 | Notice to Creditors of Assets. Joseph W. Allen, US Trustee, added as a party to this case. Proofs of Claims due by 6/25/2019. Government Proof of Claim due by 8/28/2019. (Vernen, J.) (Entered: 03/27/2019) | | |
| 3/26/2019 | 18 | Trustee's Notice of Assets & Request for Notice to Creditors. (TEXT ONLY EVENT). Filed by Trustee Daniel E. Brick (Brick, Daniel) (Entered: 03/26/2019) | | |
| 3/26/2019 | 17 | Application to Employ **Daniel E. Brick, Esq.** as **Attorney for Trustee**. Filed by Trustee (Brick, Daniel) (Entered: 03/26/2019) | | |
| 3/25/2019 | 16 | Hearing Set(BK Motion) (TEXT ONLY EVENT) (re: related document(s) 13 Motion for Relief From Stay filed by Creditor Alfred R. Tuck). Hearing to be held on 4/8/2019 at 11:30 AM Buffalo - Jackson Courthouse, Orleans Courtroom for 13, (Vernen, J.) (Entered: 03/25/2019) | | |
| 3/22/2019 | 15 | Certificate of Service on behalf of Creditor Alfred R. Tuck. (RE: related document(s) 13 Motion for Relief From Stay) Filed by Attorney (Balkin, Patrick) (Entered: 03/22/2019) | | |
| 3/22/2019 | 14 | Receipt of Statutory Fee for Motion for Relief From Stay(1-19-10368-CLB) [motion,mrlfsty] ( 181.00). Receipt #13383075, Amount Received $ 181.00. (U.S. Treasury) (Entered: 03/22/2019) | | |
| 3/22/2019 | 13 | Motion for Relief from Stay re: Matrimonial action. Fee Amount $ 181. (Attachments: # 1 Exhibit Contempt motion state court part A # 2 Exhibit contempt motion state court second part) Filed on behalf of Creditor Alfred R. Tuck (Balkin, Patrick) (Entered: 03/22/2019) | 94 | 6.4 |
| 3/14/2019 | 12 | Notice of Appearance and Request for Notice by Scott A. Sydelnik. on behalf of Notice of Appearance Creditor Bank of America, N.A.. Filed by Attorney (Sydelnik, Scott) (Entered: 03/14/2019) | | |
| 3/10/2019 | 11 | BNC Certificate of Mailing. (re: related document(s) 10 Notification of Case Opening Deficiency). Notice Date 03/10/2019. (Admin.) (Entered: 03/11/2019) | | |
| 3/8/2019 | 10 | **Notification of Case Opening Deficiency and/or Procedure Errors.** Mailing Matrix appears to contain incomplete addresses.. (Lawson, L.) (Entered: 03/08/2019) | | |
| 3/6/2019 | 9 | BNC Certificate of Mailing - Meeting of Creditors. (re: related document(s) 6 Meeting of Creditors Notice(Ch 7)(ADI)). Notice Date 03/06/2019. (Admin.) (Entered: 03/07/2019) | | |
| 3/4/2019 | 8 | Notice of Appearance and Request for Notice by Brett L Messinger. on behalf of Notice of Appearance Creditor J&B Importers, Inc.. Filed by Attorney (Messinger, Brett) CLERK'S NOTE: AMENDED NOTICE OF APPEARANCE FILED AT DOC. 21. Modified on 3/29/2019 (Bessinger, M.). (Entered: 03/04/2019) | | |
| 3/2/2019 | 7 | Creditor Request for Notices by Synchrony Bank c/o PRA Receivables Management, LLC. (Smith, Valerie) (Entered: 03/02/2019) | | |
| 3/1/2019 | 6 | Meeting of Creditors Notice(Chapter 7) - Daniel E. Brick, appointed as Interim Trustee by United States Trustee and added to the case. 341(a) meeting to be held on 04/09/2019 at 09:30 AM at Buffalo UST - Olympic Towers. Last day to Object to Discharge is 06/10/2019. Financial Management Course Due Date: 06/10/2019 (admin. ) (Entered: 03/01/2019) | | |
| 3/1/2019 | 5 | Receipt of Statutory Fee for Voluntary Petition (Chapter 7)(1-19-10368) [misc,volp7] ( 335.00). Receipt #13363409, Amount Received $ 335.00. (U.S. Treasury) (Entered: 03/01/2019) | | |
| 3/1/2019 | 4 | Employee Income Records on behalf of Debtor Jennifer Tuck. Filed by Attorney (Gawronski, Frederick) (Entered: 03/01/2019) | | |

| Date | # | Description | Pages | Cost |
|---|---|---|---|---|
| 3/1/2019 | 3 | Certificate of Credit Counseling on behalf of Debtor Jennifer Tuck. (Flag removed: CounDue) Filed by Attorney (Gawronski, Frederick) (Entered: 03/01/2019) | | |
| 3/1/2019 | 2 | Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) and Statement of Exemption from Presumption of Abuse (Form 122A-1Supp) The Debtor has Primarily Non-Consumer Debts. on behalf of Debtor Jennifer Tuck. Filed by Attorney (Gawronski, Frederick) (Entered: 03/01/2019) | | |
| 3/1/2019 | 1 | Chapter 7 Voluntary Petition(Individual). Filing Fee Due: $335.00. Filed by Jennifer Tuck (Flag set: CounDue, DebtEd) (Gawronski, Frederick) (Entered: 03/01/2019) | 62 | $3.00 |

Docket Alerts $5.40

$108.50

Docket Report Fees

| Date | Description | Qty | Amount |
|---|---|---|---|
| 2/25/2020 | Docket Report PDF Document. | 2 | 0.2 |
| 2/25/2020 | Docket Report. 1-19-10368-CLB Fil | 1 | 0.1 |
| 1/27/2020 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 1/10/2020 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 1/7/2020 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 1/6/2020 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 1/6/2020 | Docket Report PDF Document. 77.00000 Part 1 | 3 | 0.3 |
| 1/6/2020 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 1/6/2020 | Docket Report PDF Document. 75.00000 Part 1 | 1 | 0.1 |
| 12/19/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 12/9/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 12/3/2019 | Docket Report PDF Document. 74.00000 Part 1 | 1 | 0.1 |
| 12/3/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 12/3/2019 | Docket Report PDF Document. 73.00000 Part 1 | 1 | 0.1 |
| 12/3/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 12/2/2019 | Docket Report PDF Document. 70.00000 Part 1 | 1 | 0.1 |
| 12/2/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 11/15/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 11/13/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 11/13/2019 | Docket Report PDF Document. 72.00000 Part 1 | 3 | 0.3 |
| 11/13/2019 | Docket Report PDF Document. 69.00000 Part 1 | 1 | 0.1 |
| 11/13/2019 | Docket Report PDF Document. 71.00000 Part 1 | 1 | 0.1 |
| 11/13/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 11/5/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 11/1/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 10/12/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 7/25/2019 | Docket Report PDF Document. 63.00000 Part 2 | 2 | 0.2 |
| 7/25/2019 | Docket Report PDF Document. 63.00000 Part 1 | 1 | 0.1 |
| 7/25/2019 | Docket Report PDF Document. 64.00000 Part 1 | 1 | 0.1 |
| 7/25/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 7/13/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 7/2/2019 | Docket Report PDF Document. 53.00000 Part 1 | 2 | 0.2 |
| 7/2/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 4/30/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 4/9/2019 | Docket Report PDF Document. 13.00000 Part 1 | 4 | 0.4 |
| 4/9/2019 | Docket Report PDF Document. 31.00000 Part 1 | 4 | 0.4 |
| 4/9/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 3 | 0.3 |
| 3/13/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| 3/7/2019 | Docket Report. 1-19-10368-CLB Fil or Ent: filed I | 1 | 0.1 |
| | | 54 | 5.4 |